JUNE 12, 1972

No. 71–1396. DANFORTH, ATTORNEY GENERAL OF MISSOURI, ET AL. *v.* PREISLER ET AL. . Affirmed on appeal from D. C. W. D. Mo.

No. 71–5443. HARVEY *v.* TENNESSEE. Appeal from Sup. Ct. Tenn.. Motion for leave to proceed *in forma pauperis* granted. Judgment reversed. *Brooks* v. *Tennessee,* 406 U. S. 605.

No. 70–5024. FARRELL *v.* STOVALL ET AL. Sup. Ct. Wis. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Humphrey* v. *Cady,* 405 U. S. 504, and *Jackson* v. *Indiana,* 406 U. S. 715.

No. A–1270 (71–1345). CRISMON *v.* UNITED STATES. C. A. 8th Cir. Petitioner's second application for bail pending decision on his petition for writ of certiorari, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.